**2002–1627.  State ex rel. Ignatious v. Indus. Comm.**
Franklin App. No. 01AP–982, 2002-Ohio-4014. Reported at 99 Ohio St.3d 285, 2003-Ohio-3627, 791

N.E.2d 443. On motion for reconsideration of Transdigm, Inc. and Aero Products. Motion denied.

LUNDBERG STRATTON, J., dissents.

O'DONNELL, J., not participating.